No. 486. SHERMAN ET AL. *v.* UNITED STATES.

Motion submitted April 28, 1930. Decided May 5, 1930. The motion for a writ of certiorari to bring up the entire record and cause is granted. *Mr. Leon E. Morris* for Sherman et al. *Solicitor General Thacher* for the United States.

No. 462. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* REED.

Argued April 30, May 1, 1930. Decided May 5, 1930. *Per Curiam:* Judgment reversed upon the authority of *Lucas* v. *Howard,* 280 U. S. 526, and *Metcalf & Eddy* v. *Mitchell,* 269 U. S. 514. *Mr. Claude R. Branch,* with whom *Attorney General Mitchell, Assistant Attorney General Youngquist, Mr. Sewall Key, Helen R. Carloss,* and *Messrs. Clarence M. Charest* and *Shelby S. Faulkner* were on the brief, for petitioner. *Mr. Maynard Teall* for respondent.